IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER A. RUSSELL,<br><br>    Plaintiff,<br><br><br><br>vs.<br><br><br><br>CANYON VIEW TITLE INSURANCE AGENCY,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER THAT DEFENDANT COMPLY WITH LOCAL RULES OF PRACTICE<br><br><br><br><br><br>Case No. 2:08-CV-808 TS |

On October 8, 2009, the scheduling order in this case was vacated to be reset when Defendant obtains new counsel. Defendant's counsel's Motion to Withdraw was granted on October 14, 2009. The Local Rules of Practice for this court, DUCivR 83-1.4(b)[1] require that any party represented by a withdrawing attorney must notify the clerk of court of the appointment of another attorney or of the party's decision to appear pro se within twenty days. Defendant is a Utah corporation.[2] As such, it is not eligible to appear pro se and,

---

[1] Available on the internet site www.utd.uscourts.gov under "Rules."

[2] Docket No. 4 (Answer) at ¶ 2.

therefore, must be represented by counsel.[3]   There has been no new appearance of counsel filed for Defendant.  Plaintiff has filed a request for the imposition of the sanction of entry of judgment against Defendant for the failure to comply with said rule.

It is therefore

ORDERED that Defendant shall comply with DUCivR 83-1.4(b) by January 26, 2010.  Defendant is warned that the further failure to comply with the Rules of Practice of this Court may result in sanctions up to and including entry of judgment.

DATED   January 7, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556–57 (10th Cir. 2001) (holding that "[a]s a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se").